537 A.2d 1350

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Charles J. EDWARDS, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 1, 1988.

## ORDER

PER CURIAM.

The Commonwealth's petition for allowance of appeal is granted. The Order of the Superior Court is reversed, and the case is remanded to the Court of Common Pleas of Carbon County for a hearing on the question of prejudice. *See* Pa.R.Crim.P. 150; *Commonwealth v. Revtai*, 516 Pa. 53, 532 A.2d 1 (1987).